Brenda Marie **ALDRIDGE,**
Plaintiff–Appellant,

v.

**MIRENA PRODUCT LIABILITY CASE, Defendant–Appellee.**

No. 14–1462.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 29, 2014.

Brenda Marie Aldridge, Appellant Pro Se.

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Marie Aldridge appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Aldridge v. Mirena Prod. Liab. Case,* No. 1:14–cv–01365–RDB (D.Md. Apr. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*